IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND ADDISON,

    Plaintiff,                      CV F 04 6274 OWW WMW P

  vs.                             <u>ORDER</u>

LT. VILLALOBOS, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 17, 2004. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Villalobos, Caton, Wanderer, Layne, Ramos, Lawrence and Knoell for excessive force and deliberate indifference to his medical needs. Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

           LIEUTENANT VILLALOBOS

           SERGEANT CATON

           COUNSELOR WANDERER

           CORRECTIONAL OFFICER LAYNE

1         CORRECTIONAL OFFICER RAMOS

2         CORRECTIONAL OFFICER LAWRENCE

3         MEDICAL TECHNICAL ASSISTANT KNOELL

2. The Clerk of the Court shall send plaintiff seven USM-285 forms, seven summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 17, 2004.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Eight copies of the endorsed complaint filed September 17, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   August 29, 2005**              **/s/  William M. Wunderlich**
mmkd34                                           UNITED STATES MAGISTRATE JUDGE