IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND ADDISON,

    Plaintiff,                        CV F 04 6274 OWW WMW   P

  vs.                                  ORDER DISMISSING ACTION WITHOUT PREJUDICE

LT. VILLALOSBOS, et al.,

    Defendants.

      Plaintiff, a state prisoner proceeding pro se, has requested dismissal of this actin without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff may dismiss his action without prejudice, so long as a responsive pleading has not been filed.  Plaintiff filed his motion on January 9, 2006.  No responsive pleading had been filed at that time.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on plaintiff's motion.

IT IS SO ORDERED.

**Dated:   February 16, 2006**            **/s/ Oliver W. Wanger**

1

1 emm0d6 UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26